UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **PEYMON HAIDARI,** | § |
| *Plaintiff*, | § |
| v. | § |
| **KRISTI NOEM, SECRETARY OF HOMELAND SECURITY; ACTING DIRECTOR TODD M. LYONS, ACTING DIRECTOR OF IMMIGRATION AND CUSTOMS ENFORCEMENT; ICE FIELD OFFICE DIR MARY DE ANDA-YBARRA, EL PASO ICE FIELD OFFICE DIRECTOR; AND FIRST NAME UNKNOWN ICE FACILITY ADMINISTRATOR, AT EL PASO ENHANCED HARDENED FACILITY,** | § No. 3:25-CV-00250-LS |
| *Defendants*. | § |

## ORDER FOR BRIEFING

Petitioner Peymon Haidari challenges his continued custody through a petition for a writ of habeas corpus under 28 U.S.C. § 2241,[1] and Respondents have filed their return pursuant to 28 U.S.C. § 2243.[2] Due to the need for additional briefing, the Court finds good cause to extend the time before holding a hearing[3] and orders as follows:

1. Petitioner shall file a reply to Respondents' brief no later than **July 29, 2025**.

2. Petitioner and Respondents shall confer and file stipulations of fact no later than **August 1, 2025**.

---

[1] ECF No. 1.
[2] ECF No. 4.
[3] *See* 28 U.S.C. § 2243 ("When the writ or order is returned a day shall be set for hearing, not more than five days after the return unless for good cause additional time is allowed . . . .").

The Court shall set a date for any required hearing thereafter. [4]

**SO ORDERED**.

**SIGNED** and **ENTERED** on July 22, 2025.

    _____
    **LEON SCHYDLOWER**
    **UNITED STATES DISTRICT JUDGE**

---

[4] *See Johnson v. Wilkinson*, 279 F.2d 683, 684 (5th Cir. 1960) (citing *Rea v. McDonald*, 153 F.2d 190, 190 (5th Cir. 1946) ("As all facts . . . appeared on the face of the record . . . the district court could properly dispose of the petition without holding a hearing.").