UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **PEYMON HAIDARI,** | § |
| *Petitioner*, | § |
| v. | § |
| **KRISTI NOEM, SECRETARY OF HOMELAND SECURITY; ACTING DIRECTOR TODD M. LYONS, ACTING DIRECTOR OF IMMIGRATION AND CUSTOMS ENFORCEMENT; ICE FIELD OFFICE DIR MARY DE ANDA-YBARRA, EL PASO ICE FIELD OFFICE DIRECTOR; and FIRST NAME UNKNOWN ICE FACILITY ADMINISTRATOR, AT EL PASO ENHANCED HARDENED FACILITY,** | § No. 3:25-CV-00250-LS |
| *Respondents*. | § |

## ORDER SETTING FINAL HEARING

This matter is set for an in-person hearing on **February 26, 2026**, at **9:00 a.m.** in the District Courtroom, Room 622, on the sixth floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, Texas. Counsel should be prepared to address:

1. The status of efforts to remove the petitioner to a third country, and whether there is a reasonable likelihood of removal in the foreseeable future.

2. Why the government has not removed or released Petitioner to a third-party country as provided in 8 U.S.C. § 1231(b).

**IT IS FURTHER ORDERED THAT,**

3. If the parties resolve this matter in a mutually agreeable fashion they should so inform the Court immediately to preserve judicial resources.

2

4. **The government shall produce Petitioner at the hearing**.

**SO ORDERED**.

**SIGNED** and **ENTERED** on February 5, 2026.

                                            **LEON SCHYDLOWER**
                                            **UNITED STATES DISTRICT JUDGE**